12435.  CORY COAL CO. *v.* SMALL.

BLOODWORTH, J.  The judge did not err in granting a nonsuit.
                *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*
                        DECIDED DECEMBER 13, 1921.

Complaint; from Bibb superior court — Judge Malcolm D.
Jones.  February 23, 1921.

*Charles H. Hall,* for plaintiff.
*Jones, Park & Johnston,* for defendant.